IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3117 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCUS SHORT, | ) | ORDER GRANTING ORAL MOTION FOR |
| | ) | EXTENSION OF TIME TO FILE |
| Defendants. | ) | PRETRIAL MOTION |
| | ) | |

In a conference call with chambers and counsel for the government, counsel for the defendant requested a one-day extension of time to file pretrial motions.

IT THEREFORE IS ORDERED that the oral motion, document entry 41, is granted and the deadline for filing pretrial motions is extended to January 12, 2010, as to defendant Marcus Short.

Dated January 11, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge