IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3117 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCUS SHORT, | ) | ORDER ON MOTION TO EXTEND |
| | ) | DEADLINE TO FILE OBJECTIONS TO |
| Defendants. | ) | PRESENTENCE REPORT |
| | ) | |

        IT IS ORDERED that the Motion to Extend Deadline to File Objections to Presentence Report, filing 157, is granted and the deadline is extended until Monday, June 21, 2010.

        Dated June 21, 2010.

                        BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge