IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3117 |
| v. | ) | |
| MARCUS SHORT, | ) | ORDER |
| Defendant. | ) | |

Upon the e-mail request of counsel for the defendant, recognizing that the defendant is in state custody on a murder charge and that trial in the murder case is scheduled for October 15, 2017,

IT IS ORDERED that:

1. This matter is continued until further order of the court.

2. Both the prosecutor and the defense lawyer in this case shall monitor the state case.

3. Upon the conclusion of the trial of the state case (but before sentencing should the defendant be convicted), both the prosecutor and defense counsel shall advise my judicial assistant that the trial has been concluded.

4. Should the state case be resolved by plea, both the prosecutor and defense counsel shall advise my judicial assistant that the state case has been resolved by plea.

5. My judicial assistant shall send a copy of this order to the United States Probation Officer assigned to this matter.

DATED this 16th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge