IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3117-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARCUS SHORT, | ) | |
| | ) | |
| Defendant. | ) | |

I conferred with counsel and the Probation Officer today. There appear to be two state murder charges pending against the defendant, plus gun charges. It appears that this state case will be tried sometime in 2018. With the agreement of counsel and the Probation Office,

IT IS ORDERED that:

1. This matter is continued until further order of the court.

2. Both the prosecutor and defense counsel in this case shall monitor the state case.

3. Upon the conclusion of the trial of the state case (but before sentencing should the defendant be convicted), both the prosecutor and defense counsel shall advise my judicial assistant that the trial has been concluded.

4. Should the state case be resolved by plea, both the prosecutor and defense counsel shall advise my judicial assistant that the state case has been resolved by plea.

5.  Should the state case be dismissed, both the prosecutor and defense counsel shall advise my judicial assistant that the state case has been dismissed.

6.  My judicial assistant shall send a copy of this order to the United States Probation Officer assigned to this matter.

Dated January 4, 2018.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge